UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TERRY JONES, | ) | No. EDCV 08-1167 ABC (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| DEBRA DEXTER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 5, 2010

AUDREY B. COLLINS
United States District Judge